IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHADRON EFGAZ, LLC,<br><br>        Plaintiff/Judgment Creditor,<br><br>vs.<br><br>EAT FIT GO HEALTHY FOODS, LLC,<br><br>        Defendant/Judgment Debtor,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>        Garnishee. | 8:22CV140<br><br>ORDER ON JOINT MOTION FOR ENTRY OF STIPULATED ORDER ADMINSTRATIVELY CLOSING CASE |

    This case is before the Court on Joint Motion for Entry of Stipulated Order by Plaintiff/Judgment Creditor Chadron EFGAZ, LLC, and Garnishee, Continental Casualty Company, requesting administrative closure of the case. Filing 45. Upon the agreement of the parties and the Court's finding of good cause,

    IT IS ORDERED that:

    1.    The Joint Motion for Entry of Stipulated Order, Filing 45, is granted;

    2.    As a result of the Chadron EFGAZ's Notice of Withdrawal of its Application to Determine Garnishee Liability, dated August 1, 2023, Filing 37, Garnishee Continental Casualty Company is released and discharged, pursuant to Neb. Rev. Stat. § 25-1030, from the garnishment filed on March 14, 2022; and

    3.    This action is administratively closed.

    Dated this 22nd day of September, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge